# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00238-CV

**D. L. and K. M., Appellant**

**v.**

**The Texas Department of Family and Protective Services, Appellee**

## FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-11-003636, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on April 22, 2013. To date, the reporter's record has not been filed.

Effective March 1, 2012, amendments to the Texas Rules of Appellate Procedure adopted by Texas Supreme Court Miscellaneous Docket No. 12-9030 prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Chavela Crain is hereby ordered to file the reporter's record in this case on or before May 20, 2013. If the record is not filed by that date, Crain may be required to show cause why she should not be held in contempt of court.

It is ordered on May 9, 2013.

Before Justices Puryear, Pemberton and Rose